UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA KAREN MARIE CARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  22-2345 (UNA) |
| ) | |
| ) | |
| GORE COMMUNITY *et al*., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has been granted leave to proceed *in forma pauperis*, ECF No. 4. As such, the court must dismiss the case if, among other enumerated reasons, the complaint is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B). Plaintiff, who apparently has no fixed address, has filed a cryptically worded complaint alleging "deaths of family members, occupying US land an international, changing of personal papers including adoption within family, name changes, social security numbers in intent to steal, money laundering, change of wills and other documents." ECF No. 1 at 1. The complaint continues in this incoherent manner. Plaintiff's subsequent motions for a temporary restraining order (Dkt. 8), to amend the complaint (Dkt. 10), for discovery (Dkt. 14), and for default judgment (Dkt. 14) are equally baffling.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court

may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard and thus will be dismissed by separate order.

Date: December 2, 2022

_____/s/_____
AMY BERMAN JACKSON
United States District Judge